# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Residential Funding Company, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>First Mortgage Corporation,<br><br>　　　　Defendant. | Case No. 13-cv-3490 (SRN/HB)<br><br><br>**ORDER** |

Isaac Nesser and Peter Calamari, Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010; Anthony Alden, Johanna Ong, and Matthew Scheck, Quinn Emanuel Urquhart & Sullivan, LLP, 865 S. Figueroa St., 10th Floor, Los Angeles, CA 90017; Jeffrey Alan Lipps and Jennifer A.L. Battle, Carpenter Lipps & Leland LLP, 280 Plaza, Ste. 1300, 280 N. High St., Columbus, OH 43215; Donald Heeman, Jessica Nelson, Richard Voelbel, David Hashmall, and Ryan Olson, Felhaber Larson, 220 S. 6th St., Ste. 2200, Minneapolis, MN 55402, for Plaintiff

Thomas Michael Sullivan, Jr., 191 Sylvestor Place, Highlands Ranch, CO 80129; Gene Hoff and Michael Minenko, Minenko & Hoff, 5200 Wilson Rd., Ste. 150, Edina, MN 55424, for Defendant

---

SUSAN RICHARD NELSON, United States District Judge

　　Before the Court is a letter from counsel for Defendant First Mortgage Corporation ("First Mortgage") [Doc. No. 83]. First Mortgage requests permission to file a motion in limine to be heard at the November 16, 2018 hearing on the parties' cross motions for summary judgment.

　　First Mortgage's request is **DENIED**. After the summary judgment hearing, the Court will issue a pretrial order setting forth the deadlines for all pretrial submissions and

motions in limine.  All motions in limine will be heard at a pretrial conference yet to be scheduled by the Court before trial.

**IT IS SO ORDERED.**

Dated:  September 6, 2018                                         s/Susan Richard Nelson
                                                                                     SUSAN RICHARD NELSON
                                                                                     United States District Judge