# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Residential Funding Company, LLC, | Court File No. 13-cv-3490 (SRN/HB) |
| Plaintiff, | |
| v. | **ORDER** |
| First Mortgage Corporation, | |
| Defendant. | |

This matter came before the Court on Plaintiff Residential Funding Company, LLC's letter [Doc. No. 178] requesting the setting of a briefing schedule on outstanding motions *in limine* in advance of the January 31, 2019 Case Management Conference. After reviewing Plaintiff's submissions, and given Defendant First Mortgage Corporation's lack of objection, **IT IS HEREBY ORDERED**:

1. Plaintiff's anticipated motions *in limine* to preclude certain categories of evidence, which were discussed in Plaintiff's December 6, 2018 letter [Doc. No. 150] and modified, in part, by the December 17, 2018 Order on the parties' stipulation [Doc. No. 179], shall be due on or before **January 7, 2019**. Defendant shall file its opposition to Plaintiff's motions *in limine* by **January 24, 2019**. The Court will hear oral argument on the motions at the January 31, 2019 Case Management Conference.

BY THE COURT:

Dated: January 2, 2019

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Judge